# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLMAX NUTRITION, INC.; HBS INTERNATIONAL CORP.; and DOES 1-100, <br><br> Defendants. | Case No.: 16-cv-01764-H-AGS <br><br> **ORDER GRANTING SECOND JOINT MOTION FOR EXTENSION OF TIME** <br><br> [Doc. No. 8.] |

On November 3, 2017, the parties filed a joint motion for an extension of the time for Plaintiff Natural Alternatives International, Inc. to respond to Defendants' Counterclaim. (Doc. No. 82.) For good cause shown, the Court grants the joint motion. Plaintiff's response to Defendants' counterclaim must be filed by **November 10, 2017**.

**IT IS SO ORDERED.**

DATED: November 3, 2017

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT